UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | No. 2:18-cv-01489 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed March 26, 2020, are adopted in full;

3     2. This action is dismissed without further leave to amend; and

4     3. The Clerk of the Court shall close this case.

5     IT IS SO ORDERED.

6 Dated: April 28, 2020

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

13 12/simm1489.804